Certificate Number: 16339-PAE-DE-032123517

Bankruptcy Case Number: 14-12860



16339-PAE-DE-032123517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 7, 2019</u>, at <u>3:39</u> o'clock <u>PM EST</u>, <u>Leslie h Mullin</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 7, 2019</u>              By:    <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>