United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12860-jkf
Leslie H. Mullin                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2    Date Rcvd: May 16, 2019
                       Form ID: 138NEW     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
```
db          +Leslie H. Mullin,    3571 Mountain View Drive,    Mountville, PA 17554-1233
cr          +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13407347    +Alaine V. Grbach,    675 Estelle Drive,    Lancaster, PA 17601-2129
13284085    +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
13284087    +BLATT, HASENMILLER, LEIBSKER & MOORE, LL,    1835 MARKET STREET, SUITE 501,
              Philadelphia, PA 19103-2933
13284090    +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13284091    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13284094    +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13382480    +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail code LA4-5555,
              700 Kansas Lane,    Monroe, LA 71203-4774
13284095    +John A. Mullin,    3571 Mountain View Drive,    Mountville, PA 17554-1233
13284097    +LEFFLER ENERGY,    P O BOX 302,    Mount Joy, PA 17552-0302
13284098     MORGAN, HALLGREN, CROSSWELL & KANE P.C.,    PO BOX 4686,    Lancaster, PA 17604-4686
13302523    +PNC Mortgage,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
13284100    +PP & L,    2 NORTH 9TH STREET,    Allentown, PA 18101-1179
13284099    +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13284101    +SCOTT E. ALBERT, ESQUIRE,    50 EAST MAIN STREET,    Mount Joy, PA 17552-1451
13284102    +WEST DONEGAL TOWNSHIP,    1 MUNICIPAL DRIVE,    Elizabethtown, PA 17022-9731
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:33     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:02
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:30     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 02:38:39     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13294871     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 02:38:28
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
13284086    +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2019 02:37:31
              Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Blvd  5th Fl,
              Miami, FL 33146-1873
13284088    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:38:03     Cap One,
              Po Box 30253,    Salt Lake City, UT 84130-0253
13284089    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:38:41     Capital 1 Bank,
              Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13325705     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:38:03
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13284092    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 17 2019 02:36:50
              Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182686,
              Columbus, OH 43218-2686
13284093    +E-mail/Text: artur.wisniewski@eulerhermes.com May 17 2019 02:37:23     EULER HERMES,
              600 SOUTH 7TH STREET,    Louisville, KY 40203-1968
13284096    +E-mail/Text: csd1clientservices@cboflanc.com May 17 2019 02:37:44     Lancaster Collections,
              Credit Bureau of Lancaster County,    Po Box 1271,    Lancaster, PA 17608-1271
13327779     E-mail/Text: bnc-quantum@quantum3group.com May 17 2019 02:36:55
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13464440     E-mail/PDF: rmscedi@recoverycorp.com May 17 2019 02:38:06
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                             TOTAL: 14
```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: May 16, 2019
                               Form ID: 138NEW              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Leslie H. Mullin avgrbach@aol.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, NA
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, NA
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leslie H. Mullin
    Debtor(s)

Bankruptcy No: 14–12860–jkf
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 5/16/19

                        56 – 55
                        Form 138_new