United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-12860-jkf
Leslie H. Mullin                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jun 12, 2019
                              Form ID: 195             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
db             +Leslie H. Mullin,    3571 Mountain View Drive,    Mountville, PA 17554-1233
cr             +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 03:02:21      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Leslie H. Mullin avgrbach@aol.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, NA
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, NA
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Leslie H. Mullin | : Case No. 14–12860–jkf |
| Debtor(s) | |

***ORDER***

_____

AND NOW, this day , June 12, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

60
Form 195